# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WOBIAO LEI, <br> XINMING WU, <br> YI JUN CHEN, <br> GUO GUI YU, <br> SONG K. HUANG, <br> ZHIQIANG LIU, <br> <u>WENGUAN LEI</u>, <br> CHEE CHOONG NG, <br> GUOLONG LI and <br> LINGFENG LEI, <br> Defendants. | No. CR20-171JCC <br><br> MOTION TO SUPPRESS DEFENDANT WENGUAN LEI'S STATEMENTS <br><br> ORAL ARGUMENT REQUESTED <br><br> NOTE DATE: 06/10/2022 OR any convenient date for the court and witnesses |

TO US DISTRICT ATTORNEY'S OFFICE
BORIS PETRENKO
AND ALL OTHER RELATED PARTIES
AND TO THE CLERK OF THE COURT

<u>MOTION TO SUPPRESS STATEMENTS</u>

Defense Counsel, Gregory Scott Hoover, hereby moves the court for an order SUPPRESSING THE STATEMENTS AND ANY EVIDENCE FOUND AS A RESULT OF THE STATEMENTS OF THE DEFNEDANT WENGUAN LEI. This motion is based upon the

MOTIONS TO SUPPRESS - 1

HOOVER LAW GROUP P.L.L.C.
1805 – 136th Place NE #203
Bellevue, WA 98005
Phone: (206) 613-3111
Fax: (206) 613-3112
E-mail: greg@gshlaw.net

attached pleadings and the declarations of Gregory Scott Hoover and Fawn Chen Hoover filed with the court.

Dated this 27TH of May 2022

*[signature]*
_____
Gregory Scott Hoover WSBA #28049
Attorney for the Defendant
WENGUAN LEI

MOTIONS TO SUPPRESS - 2

HOOVER LAW GROUP P.L.L.C.
1805 – 136th Place NE #203
Bellevue, WA 98005
Phone: (206) 613-3111
Fax: (206) 613-3112
E-mail: greg@gshlaw.net