The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ZHIQIANG LIU, <br><br> Defendant. | NO. CR20-171-JCC-9 <br><br> [~~PROPOSED~~] <br><br> **ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Zhiqiang Liu's interest in a sum of money (also known as a forfeiture money judgment) in the amount of $120,000, reflecting the additional proceeds Defendant Liu obtained from his commission of *Conspiracy to Manufacture and Distribute Marihuana*, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate because:

- The proceeds of *Conspiracy to Manufacture and Distribute Marihuana*, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846, are forfeitable pursuant to 21 U.S.C. § 853;

Order of Foreiture - 1
*United States v. Zhiqiang Liu,* CR20-171-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- In the Plea Agreement he entered on May 11, 2022, Defendant agreed to forfeit his interest in a $120,000 sum of money pursuant to 21 U.S.C. § 853, as it represents the additional proceeds he personally obtained from his commission of *Conspiracy to Manufacture and Distribute Marihuana* and to which he entered a guilty plea (Dkt. No. 278, ¶ 11);

- Defendant agreed to pay $20,000 to the U.S. Marshals Service against this $120,000 sum no later than 30 days prior to sentencing and consented to entry of an Order of Forfeiture for the unpaid amount, if any, of the sum of money at the time of sentencing (Dkt. No. 278, ¶ 11);

- The U.S. Marshals Service received a timely $20,000 payment from Defendant via cashier's check on January 4, 2023 against the $120,000 sum, leaving a balance of $100,000;

- The forfeiture of this $120,000 sum of money is personal to Defendant and, pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 21 U.S.C. § 853 and his Plea Agreement, Defendant Liu's interest in the $120,000 forfeiture money judgment, including the $20,000 payment that Defendant Liu has already paid, is fully and finally forfeited, in its entirety, to the United States;

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Order will become final as to Defendant Liu at the time he is sentenced; it will be made part of the sentence; and, it will be included in the judgment;

3. No right, title, or interest in the identified $20,000 payment or the $120,000 forfeiture money judgment exists in any party other than the United States;

Order of Forfeiture - 2
*United States v. Zhiqiang Liu,* CR20-171-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this Order forfeiting the $120,000 sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $100,000; and,

5. The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this 30th day of January 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

 s/ Karyn S. Johnson
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: (206) 553-2462
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov

Order of Forfeiture - 3
*United States v. Zhiqiang Liu,* CR20-171-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970