THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>ZHIQIANG LIU,<br><br>　　　　Defendant. | No. CR20-171-JCC-9<br><br>(~~PROPOSED~~) ORDER TO ALLOW INTERNATIONAL TRAVEL |

THE COURT has considered Zhiqiang Liu's motion to allow internation travel (**dkt 553**) and the records in this case.

IT IS ORDERED That Mr. Liu be allowed to travel to Taishan, China from February 13, 2026, through March 25, 2026. He is to provide his flight itinerary and accommodation details to the U.S. Probation Office.

DONE this 17th day of December 2025.

*/s/ John C Coughenour*

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Colleen P. Fitzharris*
Assistant Federal Public Defender
Attorney for Zhiqiang Liu

ORDER TO ALLOW INTERNATIONAL TRAVEL
(*United States v. Liu*, No. CR20-171-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100