THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR20-171-JCC-9 |
| Plaintiff, | ) |
| v. | ) (PROPOSED) AMENDED ORDER TO |
| ZHIQIANG LIU, | ) ALLOW INTERNATIONAL TRAVEL |
| Defendant. | ) |

THE COURT has considered Zhiqiang Liu's motion to allow internation travel, dkt. 553, his motion (**dkt. 555**) to amend the Court's order (dkt. 554) allowing international travel, and the records in this case.

IT IS ORDERED That Mr. Liu be allowed to travel to Taishan, China from February 10 through March 28, 2026. He is to provide his flight itinerary and accommodation details to the U.S. Probation Office.

DONE this 14th day of January 2026.

*[signature: John C Coughenour]*

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Colleen P. Fitzharris*
Assistant Federal Public Defender
Attorney for Zhiqiang Liu

AMENDED ORDER TO ALLOW
INTERNATIONAL TRAVEL
(*United States v. Liu*, No. CR20-171-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100