THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ZHIQIANG LIU,<br>Defendant. | No. CR20-171-JCC-9<br><br>(~~PROPOSED~~) ORDER FOR TERMINATION OF SUPERVISED RELEASE |

THE COURT has considered Zhiqiang Liu's motion to terminate his remaining period of supervised release (**Dkt 564**), the records in this case, and the factors set forth in 18 U.S.C. § 3553(a).

IT IS ORDERED that Zhiqiang Liu's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

**This ruling moots the outstanding motion to extend travel (Dkt. 566).**

DATED this 26th day of August 2026.

JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Colleen P. Fitzharris*
Assistant Federal Public Defender
Attorney for Zhiqiang Liu



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**